This is ELMO Fortenberry I Sent A Complant About 5 Judges "3, From 11th District." I, From MidLand. I, From Big springs I Sent This Complant on Oct. 13-2015 I WAS wondering ABout Progress Pleas Respond ABout The Rong They HAVE Comitted Against me. The Perjury They Are ALLowing is Proved in Deputy. Report, And AFFidAVit, And Reporter, Records And Documents From 11th District, And There WAS NO Transfer From One Court To The Other which is FrAud That GAVE me A BiAS Jury By seveAL Police Officer Being on Jury THAT Convicted me. This is JUST A Little Error mY LAnd Used To Convict me And The 11th District Judges SAw A LoT more And Did NoT Do There DuTY And File on iT They SAw Documents And Records

Elmo Fortenberry
senccrly ELMO Fortenberry

84,101-01

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 19 2015
Abel Acosta, Clerk